**SIGNED THIS 11th day of March, 2024**

_Rebecca B. Connelly_
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

In re                                                                 **Chapter 13**
**DAVID MARTIN STOWE**                                                 **Case No 24-60009**

          **Debtor**

## ORDER CONFIRMING PLAN

The Chapter 13 Plan filed by the Debtor(s) on 01/30/2024, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. § 1325(a);

It is ORDERED that:

(1) The Plan as filed or modified is CONFIRMED.
(2) Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval from this Court.
(3) All funds received by the Chapter 13 Trustee on or before the date of an order of dismissal shall be disbursed to creditors, unless such disbursement would be de minimis, in which case the funds may be disbursed to the Debtor(s) or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee. All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal or conversion shall be refunded to the Debtor(s) at their address of record.

1

(4) Other provisions:

**Part 2 of the Plan is amended to require payments of $375 per month for 60 months, beginning April 7, 2024, in addition to funds previously received by the Trustee of $600, for total plan payments of $23,100.**

**The Trustee is authorized to disburse the mortgage arrears of $15,564.43 to NewRez LLC pursuant to their claim #11.**

**Trustee retains her objection pursuant to 11 U.S.C. Section 1325(b)(1)(B) Disposable Income, confirmation is not res judicata as to this issue, and the Debtor(s) shall amend Schedules I and J, provide the Trustee with a copy of their 2023 tax return, and provide three (3) months of pay advices from all sources by July 1, 2024. Trustee withdraws Motion to Dismiss.**

***End of Order***

/s/ ANGELA M. SCOLFORO
_____

Angela M. Scolforo, Chapter 13 Trustee
VSB# 42574
P. O. Box 2103
Charlottesville, VA 22902
Tel: (434) 817-9913
Email: ch13staff@cvillech13.net

**SEEN AND AGREED**

/s/ John Paul Goetz
JOHN P. GOETZ, ESQ.
Counsel for the Debtor(s)

Service of this Order is directed to the Debtor(s), Debtor(s) Attorney, the Trustee, the United States Trustee, the Internal Revenue Services, the U.S. Attorney, Debtor(s)' employer (if any wage deduction order is being modified) and all creditors specifically dealt with by the terms of this order.

United States Bankruptcy Court

Western District of Virginia

In re:                                                                    Case No. 24-60009-rbc

David Martin Stowe                                                        Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0423-6                         User: admin                              Page 1 of 2

Date Rcvd: Mar 11, 2024                      Form ID: pdf001                          Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Martin Stowe, 4716 Bluerun Road, Somerset, VA 22972-2055 |
| 5206394 | + | Charlottesville City GDC, P.O. Box 2677, Charlottesville, VA 22902-2677 |
| 5206396 | + | Culpeper County GDC, 135 W. Cameron St., Culpeper, VA 22701-3063 |
| 5206398 | + | Nathaniel A Scaggs, Esq, 2425 Boulevard, Suite 9, Colonial Heights, VA 23834-2324 |
| 5219869 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Dallas TX 75265-0840 |
| 5206402 | + | Scott Kroner, 418 East Water Street, Charlottesville, VA 22902-5242 |
| 5209683 | ++ | UVA COMMUNITY CREDIT UNION, 3300 BERKMAR DRIVE, CHARLOTTESVILLE VA 22901-1491 address filed with court:, UVA Community Credit Union, 3300 Berkmar Drive, Charlottesville, VA 22901 |
| 5206404 | + | UVA Community CU, Attn: Bankruptcy, 3300 Berkmar Dr, Charlottesville, VA 22901-1491 |
| 5209429 | + | UVA Community Credit Union, 3400 Berkmar Drive, Charlottesville, VA 22901-8033 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5206392 | + | Email/Text: backoffice@affirm.com | Mar 11 2024 21:14:00 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5214048 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 11 2024 21:29:27 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5206393 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 11 2024 21:29:55 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5214600 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 11 2024 21:29:43 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5206395 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 11 2024 21:30:12 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5209376 | | Email/Text: ktramble@lendmarkfinancial.com | Mar 11 2024 21:13:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014 |
| 5219516 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 11 2024 21:29:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5206397 | ^ | MEBN | Mar 11 2024 21:06:53 | Lendmark Financial Services, Attn: Bankruptcy, 1735 North Brown Rd, Ste 300, Lawrenceville, OH 30043-8228 |
| 5206398 | + | Email/Text: bankruptcy@hillrainey.com | Mar 11 2024 21:13:00 | Nathaniel A Scaggs, Esq, 2425 Boulevard, Suite 9, Colonial Heights, VA 23834-2324 |
| 5206399 | + | Email/PDF: pa_dc_claims@navient.com | Mar 11 2024 21:29:54 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 5206400 | + | Email/Text: netcreditbnc@enova.com | Mar 11 2024 21:14:37 | NetCredit, Attn: Bankruptcy, 175 W Jackson Blvd., Ste 600, Chicago, IL 60604-2948 |
| 5207812 | + | Email/Text: ecfbnc@aldridgepite.com | | |

| District/off: 0423-6 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 11, 2024 | Form ID: pdf001 | Total Noticed: 25 |

| | | | Mar 11 2024 21:13:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o Janet M. Spears, ALDRIDGE PITE, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
|---|---|---|---|---|
| 5206401 | + | Email/PDF: cbp@omf.com | Mar 11 2024 21:29:22 | One Main Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5219808 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 11 2024 21:29:43 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5206403 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 11 2024 21:13:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 5217494 | | Email/Text: bankruptcy@springoakscapital.com | Mar 11 2024 21:13:00 | Spring Oaks Capital SPV, LLC, P. O. Box 1216, Chesapeake, VA 23327-1216 |
| 5217734 | | Email/PDF: ebn_ais@aisinfo.com | Mar 11 2024 21:30:21 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2024                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela M. Scolforo (499275) | ascolforo@cvillech13.net |
| John Paul Goetz | on behalf of Debtor David Martin Stowe docs@johngoetzlaw.com john@johngoetzlaw.com, goetzjr45880@notify.bestcase.com,goetzjr75844@notify.bestcase.com |
| USTrustee | USTPRegion04.RN.ECF@usdoj.gov |

TOTAL: 3